# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2938 | **DATE** | August 3, 2011 |
| **CASE TITLE** | Frank Drew (#K-75314) v. Anthony Ramos, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff has submitted correspondence to the Court that the Court construes as both a motion for extension of time to submit amended complaint, and a motion to assist with the cost of copying his filing materials [#7]. The motion is granted in part and denied in part. Plaintiff's motion for extension of time is granted. Plaintiff shall submit his amended complaint within 30 days of the date of this order. Plaintiff's motion for assistance with the cost of copying his court submissions is denied. It is the Court's understanding that if Plaintiff can establish his indigency, the State will assist him with the cost of copying his submissions. Plaintiff needs to weigh the cost of pursuing litigation with the potential for success in pursing his claims. Plaintiff is advised that it is improper for litigants to communicate directly with judges by sending letters about cases pending before them. If Plaintiff seeks action by the Court in the future, he must submit such requests as motions, not as letters to the judge. Future correspondence that is not in the form of a motion may be stricken.

Docketing to mail notices.

AWL