**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FRANK DREW, #K73514, | ) | |
| | ) | No. 11 C 2938 |
| Plaintiff, | ) | |
| | ) | Hon. Robert M. Dow, Jr. |
| v. | ) | Judge Presiding |
| | ) | |
| MICHAEL P. RANDLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COME Defendants MICHAEL P. RANDLE and ANTHONY RAMOS, by and

through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby

answer Plaintiff's Amended Complaint pursuant to the provisions of the Prisoner Litigation Reform

Act, 42 U.S.C. Section 1997 (e)(g), and do hereby waive filing an Answer pursuant to the Act and

demand trial by jury. However, pursuant to the Act, this waiver does not constitute an admission

to any claims or allegations contained in Plaintiff's Amended Complaint.

                              Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois        By:    /s/ Matthew M. Smith
                                       MATTHEW M. SMITH
                                       Assistant Attorney General
                                       General Law Bureau
                                       100 West Randolph Street, 13th Fl.
                                       Chicago, Illinois 60601
                                       (312) 814-4451

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, being duly sworn under oath, states that a copy of **DEFENDANTS'
PLRA ANSWER** was served:

TO:    Frank E. Drew, Jr.
        K-73514
        Lawrence - LAW
        10930 Lawrence Road
        Sumner, IL 62466

by **U.S. Mail** on February 14, 2012.


                         /s/ Matthew M. Smith
                         **MATTHEW M. SMITH**