**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Frank E. Drew Jr.

                    Plaintiff,

v.                                       Case No.: 1:11–cv–02938
                                               Honorable Robert M. Dow Jr.

Anthony Ramos, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 19, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing set for 4/16/2012 at 11:00 AM. Defense counsel to make arrangements to have Plaintiff Drew available by telephone. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.