**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Frank E. Drew Jr.
                        Plaintiff,

v.                                                  Case No.: 1:11–cv–02938
                                                  Honorable Robert M. Dow Jr.

Anthony Ramos, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Status hearing held on 4/16/2012. Plaintiff Drew appears by telephone. Plaintiff informs the Court that he may be hiring the law firm of Loevy & Loevy to represent him. As discussed on the record, Plaintiff to either file a letter to the Clerk of the Court or the law firm of Loevy & Loevy to file an appearance on his behalf by 4/30/2012. Defense counsel to make arrangements to have Plaintiff Drew available by telephone for next status hearing if he continues his pro se appearance. Status hearing set for 5/9/2012 at 09:45 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.