IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FRANK DREW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 11 C 2938 |
| | ) | |
| MICHAEL P. RANDLE, FORMER DIRECTOR | ) | |
| OF THE ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, ANTHONY RAMOS, FORMER | ) | Judge Robert M. Dow, Jr. |
| WARDEN OF STATEVILLE CORRECTIONAL | ) | |
| CENTER, MARCUS HARDY, WARDEN OF | ) | |
| STATEVILLE CORRECTIONAL CENTER, | ) | |
| WEXFORD HEALTH SOURCES, INC., | ) | |
| DR. PARTHASARATHI GHOSH, UNKNOWN | ) | |
| CORRECTIONAL OFFICERS and UNKNOWN | ) | |
| MEDICAL PERSONNEL. | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**NOTICE OF MOTION**

To:   Counsel of Record

     Please take notice that on June 13, 2012 at 9:15 a.m., Plaintiff shall present Plaintiff's Unopposed Motion for Leave to File a Second Amended Complaint to the Hon. Robert M. Dow, Jr. in the Courtroom usually occupied by him in the Dirksen Federal Building at 219 South Dearborn, Chicago, Illinois.

                                        Respectfully submitted,


                                        s/Vincenzo Field
                                        One of Plaintiff's Attorneys

Arthur Loevy
Jon Loevy
Russell Ainsworth
Steven Art

```
Vincenzo Field
Loevy & Loevy
312 N. May Street, Suite 100
Tel.: 312.243.5900
```

**Certificate of Service**

    I, Vincenzo Field, certify that the foregoing pleading was served on counsel of record by electronic means on June 8, 2012.

                                              s/Vincenzo Field