**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Frank E. Drew Jr.

Plaintiff,

v.                                                    Case No.: 1:11–cv–02938
                                                       Honorable Robert M. Dow Jr.

Anthony Ramos, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 12, 2012:

     MINUTE entry before Honorable Robert M. Dow, Jr: MOTION by Plaintiff Frank E. Drew, Jr for leave to file [28] Plaintiff's Unopposed Second Amended Complaint IS GRANTED. Notice of Motion date of 6/13/2012 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.